David K. Pauole (021965)
WRIGHT WELKER & PAUOLE PLC
10429 South 51st Street, Suite 285
Phoenix, AZ  85044
(480) 961-0040
dpauole@wwpfirm.com
Attorneys for Defendants Chandler Unified School District,
 Jayson Phillips, Ryan Ridenour, Jeff Filloon, Shelamae Woodworth,
 Camille Casteel, Craig Gilbert, and Elizabeth Glascom

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RH (minor), Darin Hookom, and Karen Hookom, daughter, father, and mother,<br><br>Plaintiffs,<br><br>v.<br><br>Chandler Unified School District, et al.,<br><br>Defendants. | No. CV-24-00524-PHX-SPL<br><br>**MOTION TO DISMISS**<br><br>(Assigned to the Honorable Steven P. Logan) |

Because the parents' loss-of-consortium claim is barred by the statute of limitations, defendants Chandler Unified School District (District), Jayson Phillips, Ryan Ridenour, Jeff Filloon, Shelamae Woodworth, Camille Casteel, Craig Gilbert, and Elizabeth Glascom move to dismiss Count IX with prejudice.

**Memorandum**

Count IX is styled as a claim for common law loss of consortium. First-Amended Complaint pp. 39-40. It also is the only claim brought by plaintiff RH's parents. *Id.* But any claim brought by RH's parents is barred by the statute of limitations.

Wright Welker & Pauole, PLC
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
(480) 961-0040

"All actions against any public entity or public employee shall be brought within one year after the cause of action accrues and not afterward." A.R.S. § 12-821. A claim accrues "when a plaintiff knows, or through the exercise of reasonable diligence should know, of the defendant's wrongful conduct." *Taylor v. State Farm Mut. Auto. Ins. Co.*, 185 Ariz. 174, 177 (1996).

The District is a public entity. First-Amended Complaint pp. 3-4. And Phillips, Ridenour, Filloon, Woodworth, Casteel, Gilbert, and Glascom are all sued as District, i.e. public, employees. *Id.* p. 8. Accordingly, any claim by RH's parents must be brought within one year of accrual.

RH alleges that she was subjected to abuse from December 2020 through January 2021. First-Amended Complaint p. 10. RH's parents acknowledge that they learned of the alleged abuse on February 9, 2021. *Id.* RH's parents further claim that they learned on June 25, 2021, that the alleged abuse had not been reported to law enforcement. *Id.* p. 15. This action, however, was not filed until March 12, 2024—more than three years after RH's parents learned of the alleged abuse and almost three years after RH's parents claim to have learned that the alleged abuse had not been reported to law enforcement.

The one-year limitations period under A.R.S. § 12-821 bars any claim by RH's parents as untimely. Therefore, the Court should dismiss Count IX with prejudice.

. . .

. . .

. . .

2

DATED this 3rd day of June, 2024.

WRIGHT WELKER & PAUOLE PLC


By   /s/ David K. Pauole
   David K. Pauole
   10429 South 51st Street, Suite 285
   Phoenix, AZ  85044
   Attorneys for Defendants Chandler Unified
    School District, Jayson Phillips, Ryan
    Ridenour, Jeff Filloon, Shelamae Woodworth,
    Camille Casteel, Craig Gilbert, and Elizabeth
    Glascom

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPIES mailed to:

The Honorable Steven P. Logan
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 West Washington Street, SPC 82
Phoenix, AZ  85003-2161

   /s/ Cindy M. Opsahl
6927-1721