Ed Hendricks, Jr., State Bar No. 016539
Brendan Murphy, State Bar No. 021947
HENDRICKS MURPHY, PLLC
1440 E. Missouri Avenue, Suite C-225
Phoenix, Arizona 85014
(602) 604-2132
(602) 604-2104
ed@hendricksmurphy.com
brendan@hendricksmurphy.com
Attorneys for Defendants Patrick and Diane Power

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RH (minor), Darin Hookom, Karen Hookom, daughter, father, and mother,<br><br>Plaintiffs,<br><br>vs.<br><br>Chandler Unified School District, *et al.*<br><br>Defendants. | NO. 2:24-cv-00524-SPL<br><br><br>**DEFENDANTS PATRICK AND DIANE POWER'S JOINDER IN DEFENDANT DISTRICT'S MOTION TO DISMISS [DOC. 31]** |

Defendants Patrick and Diane Power, through undersigned counsel, join in the Defendant District's Motion to Dismiss [Doc. 31]. The same statute cited in Doc. 31 applying a 1-year statute of limitations to the parents' loss of consortium claim applies to Defendants Power because Plaintiffs alleged that Defendant Patrick Power was a District employee during the relevant time period [Doc. 30, ¶ 10] ("Defendant Patrick Power . . ., at all times relevant hereto was . . . an employee of the School District"), and only pursued Defendant Diane Power for community property purposes (Id. ¶ 10).

DATED this 3rd day of June, 2024.

**HENDRICKS MURPHY, PLLC**


By: */s/ Ed Hendricks, Jr.*
            Ed Hendricks, Jr.
            Brendan Murphy
            1440 E. Missouri Ave., #C-225
            Phoenix, Arizona 85014
            Attorneys for Defendants
            Patrick and Diane Power


**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2024, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


*/s/ Brendan Murphy*