Ed Hendricks, Jr., State Bar No. 016539
Brendan Murphy, State Bar No. 021947
HENDRICKS MURPHY, PLLC
1440 E. Missouri Avenue, Suite C-225
Phoenix, Arizona 85014
(602) 604-2132
(602) 604-2104
ed@hendricksmurphy.com
brendan@hendricksmurphy.com
Attorneys for Defendants Patrick and Diane Power

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RH (minor), Darin Hookom, Karen Hookom, daughter, father, and mother,<br><br>Plaintiffs,<br><br>vs.<br><br>Chandler Unified School District, *et al.*<br><br>Defendants. | NO. 2:24-cv-00524-SPL<br><br>**DEFENDANT PATRICK POWER'S NOTICE OF DEATH** |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Defendant Patrick Power, through undersigned counsel, hereby provides notice of the death of his wife, Defendant Diane Power. Diane Power passed away on June 29, 2024.

DATED this 2nd day of August, 2024.

HENDRICKS MURPHY, PLLC

By: */s/ Brendan Murphy.*
    Ed Hendricks, Jr.
    Brendan Murphy
    1440 E. Missouri Ave., #C-225
    Phoenix, Arizona 85014
    Attorneys for Defendants
    Patrick and Diane Power

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Brendan Murphy*