**DANIEL R. RAYNAK, P.C.**
Daniel R. Raynak
State Bar No. 10098
2601 N. 16th Street
Phoenix, Arizona 85006
Telephone (602) 992-7776
Facsimile (602) 992-7646
dan@raynaklaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RH (minor)<br>        Plaintiff,<br><br>v.<br><br>Chandler Unified School District; Patrick Power, individually and in his capacity as employee of Chandler Unified School District; Jayson Phillips individually and in his capacity as an employee of Chandler Unified School District, and Jane Doe Phillips, individually; Ryan Ridenour individually and in his capacity as an employee of Chandler Unified School District, and Jane Doe Ridenour; Jeff Filloon individually and in his capacity as an employee of Chandler Unified School District, and Jane Doe Filloon; Shelamae Woodworth individually and in her capacity as an employee of Chandler Unified School District, and John Doe Woodworth; Camille Casteel individually and in her capacity as an employee of Chandler Unified School District, and John Doe Casteel; Craig Gilbert individually and in his capacity as an employee of Chandler Unified School District, and Jane Doe Gilbert; Elizabeth Glascom individually and in her capacity as | CIVIL CASE NO.:<br>CV-24-00524-PHX-SPL<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DISCOVERY REQUESTS TO PLAINTIFF**<br><br>(Honorable Steven P. Logan) |

1

an employee of Chandler Unified School District, and John Doe Glascom; John Does I-X, individually, Jane Does I-X, ABC Corporations I-X and XYZ Partnerships I-X,

Defendants.

The Plaintiff, by and through undersigned counsel, hereby give notice that on this date, she served the following responses to discovery requests:

1.  Plaintiff's Response to First Set of Interrogatories.

2.  Plaintiff's Response to First Set of Requests for Production of Documents.

on all parties through counsel *via e-mail* as follows:

Mr. Dave Pauole
Wright Welker & Pauole PLC
10429 S 51st St #285
Phoenix, AZ 85044
dpauole@wwpfirm.com
Attorney for Defendants: Chandler Unified School District, Jeff Filloon and Jane Doe Filloon, Craig Gilbert and Jane Doe Gilbert, Jayson Phillips and Jane Doe Phillips, Ryan Ridenour and Jane Doe Ridenour, Shelamae Woodworth and John Doe Woodworth, Elizabeth Glascom and John Doe Glascom, and Camile Casteel and John Doe Casteel

Mr. Ed Hendricks
Mr. Brendan Murphy
Hendricks Murphy PLLC
1440 E. Missouri Ave. Suite C-225
Phoenix, AZ 85014
ed@hendricksmurphy.com
brendan@hendricksmurphy.com
Attorneys for Defendant Patrick Power

RESPECTFULLY SUBMITTED this 14th day of November, 2024.

**DANIEL R. RAYNAK, P.C.**

By:*/s/ Daniel R. Raynak*
Daniel R. Raynak
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Copies emailed to:

The Honorable Steven P. Logan
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 West Washington Street, SPC 82
Phoenix, AZ 85003-2161
logan_chambers@azd.uscourts.gov

Mr. Dave Pauole of Wright Welker & Pauole PLC
10429 S 51st St #285
Phoenix, AZ 85044
dpauole@wwpfirm.com
Attorney for Defendants: Chandler Unified School District, Jeff Filloon and Jane Doe Filloon, Craig Gilbert and Jane Doe Gilbert, Jayson Phillips and Jane Doe Phillips, Ryan Ridenour and Jane Doe Ridenour, Shelamae Woodworth and John Doe Woodworth, Elizabeth Glascom and John Doe Glascom, and Camile Casteel and John Doe Casteel

Mr. Ed Hendricks and Mr. Brendan Murphy
Hendricks Murphy PLLC
1440 E. Missouri Ave. Suite C-225
Phoenix, AZ 85014
ed@hendricksmurphy.com
brendan@hendricksmurphy.com
Attorneys for Defendant Patrick Power

By:  */s/Priscilla Flores*
Priscilla Flores

3